UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**  www.flsb.uscourts.gov
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. modified, if applicable)

DEBTOR: __Isaac Karl Laing__   JOINT DEBTOR:_____   CASE NO.: __11-14437-PGH__
Last Four Digits of SS#: __9979__   Last Four Digits of SS#: ____

☐ This document is plan summary. Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A. $__320.65__ for months __1__ to __60__;
B. $_____ for months ____ to ____;
C. $_____ for months ____ to ____; in order to pay the following creditors:

<u>Administrative:</u>   Attorney's fee: $__3,500.00__.   TOTAL PAID $__1,500.00__.
                  Balance due:  $__2,000.00__,   payable $__250.00__/month (Months __1__ to __8__)
                                                  payable $_____/month (Months ____ to ____)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Name:_____   Arrearage on Petition Date $_____.
   Address:_____   Arrears Payment $_____/month (Months ____ to ____)
                                  Arrears Payment $_____/month (Months ____ to ____)
   Account #:_____   Regular Payment $_____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total of Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. __N/A__   Total Due $_____.
             Payable $_____/month (Months ____ to ____) Regular Payment $__-__
             Payable $_____/month (Months ____ to ____) Regular Payment $__-__

<u>Unsecured Creditors:</u>   Pay $__41.50__/month (Months __1__ to __8__)
                      Pay $__291.50__/month (Months __9__ to __60__)
                      Pay $_____/month (Months ____ to ____)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor shall continue paying NISSAN MOTOR ACCEPTANCE (acct. # ending in 70001) for the 2008 Nissan Frontier direct and outside of the plan.
_____
_____
_____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____          _____
Debtor                                                                Debtor
Date: 2/28/11                                                         Date: